IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT Knoxville, TENNESSEE
EASTERN DIVISION

FILED
JAN 30 2023
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

ERIC T. JENKINS  Name

Prison Id. No. #627290

_____ Name

Prison Id. No. _____

*Plaintiff(s)*

v.

Bradley County District Attorney Name

Stephen Crump, April Romero Name

*Defendant(s)*

(List the names of all the plaintiffs filing this lawsuit. Do not use "et al." Attach additional sheets if necessary

Civil Action No. 3:23-CV-34
(To be assigned by the Clerk's office. Atchley /
Do not write in this space.) McCook

Jury Trial: ☐ Yes ☑ No

(List the names of all defendants against whom you are filing this lawsuit. Do not use "et al." Attach additional sheets if necessary.

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
FILED PURSUANT TO 42 U.S.C. § 1983

1. Previous lawsuits (**The following information must be provided by each plaintiff.**)

   A. Have you or any other plaintiffs in this lawsuit filed any other lawsuits in the United States District Court for the EASTERN District of Tennessee, or in any other federal or state court?

   ☐ Yes   ☑ No

   B. If you checked the box marked "Yes" above, provide the following information:

   1. Parties to this previous lawsuit:

      Plaintiffs: _____
      _____

      Defendants: _____
      _____

1

2. In what court did you file the previous lawsuit? _____

   (If federal court, name of the District; if you filed the lawsuit in state court, provide the name of the state and the County):

3. What was the case number of the previous lawsuit? _____

4. What was the Judge's name to whom case was assigned? _____

5. When did you file the previous lawsuit? _____ (Provide the year, if you do not know the exact date.)

6. What was the result of the previous lawsuit? For example, was the case dismissed, appealed, or still pending? _____

7. When was the previous lawsuit decided by the court? _____
   (Provide the year, if you do not know the exact date.)

8. Did the circumstances of the prior lawsuit involve the same facts or circumstances that you are alleging in this lawsuit?

   ☐ Yes   ☐ No

**(If you have filed more than one prior lawsuit, list the additional lawsuit(s) on a separate piece of paper, and provide the same information for the additional lawsuits.)**

II. THE PLAINTIFF'S CURRENT PLACE OF CONFINEMENT **(The following information must be provided by each plaintiff.)**

A. What is the name and address of the prison or jail in which you are currently incarcerated? WEST TENNESSEE STATE PRISON
P.O. BOX 1150 HENNING TN 38041

B. Are the facts of your lawsuit related to your present confinement?

   ☑ Yes   ☐ No

C. If you checked the box marked "No" in question II.B above, provide the name and address of the prison or jail to which the facts of this lawsuit pertain. _____

D. Do the facts of your lawsuit relate to your confinement in a Tennessee Prison?

   ☑ Yes   ☐ No

If you checked the box marked "No," proceed to question II.H.

E.  If you checked the box marked "Yes" in question II.D above, have you presented these facts to the prison authorities through the state grievance procedure?

    ☐ Yes    ☑ No

F.  If you checked the box marked "Yes" in question II.E. above:

    1. What steps did you take? _____

    _____

    2. What was the response of prison authorities? _____

    _____

G.  If you checked the box marked "No" in question II.E above, explain why not.
    Because the issue stems from Bradley County District Attorneys Office

H.  Do the facts of your lawsuit pertain to your confinement in a detention facility operated by city or county law enforcement agencies (for example, city or county jail, workhouse, etc.)?

    ☐ Yes    ☑ No

I.  If you checked the box marked "Yes" in question II.H above, have you presented these facts to the authorities who operate the detention facility?

    ☐ Yes    ☐ No

J.  If you checked the box marked "Yes" in question II.I above:

    1. What steps did you take? _____

    _____

    2. What was the response of the authorities who run the detention facility?

    _____

**Attach copies of all grievance related materials including, at a minimum, a copy of the grievance you filed on each issue raised in this complaint, the prison's or jail's response to that grievance, and the result of any appeal you took from an initial denial of your grievance.**

3

III. PARTIES TO THIS LAWSUIT

    A. Plaintiff(s) bringing this lawsuit:

        1. Name of the first plaintiff: ERIC T. JENKINS
           Prison Id. No. of the first plaintiff: 627290
           Address of the first plaintiff: P.O. BOX 1150 Henning TN 38041

**(Include the name of the institution and mailing address, including zip code. If you change your address you must notify the Court immediately.)**

        2. Name of second plaintiff: _____
           Prison Id. No, of the second plaintiff: _____
           Address of the second plaintiff: _____

**(Include the name of the institution and mailing address, including zip code. If you change your address you must notify the Court immediately.) If there are more than two plaintiffs, list their names, prison identification numbers, and addresses on a separate sheet of paper.**

    B. Defendant(s) against whom this lawsuit is being brought:

        1. Name of the first defendant: STEPHEN CRUMP, DISTRICT Attorney Office D.A. April Romero

           The first defendant's address: 10th Judicial District D.A. office 3855 N. Ocoee st ST FL3, Box 1351 Cleveland TN 37364

           Named in official capacity? ☑ Yes ☐ No
           Named in individual capacity? ☐ Yes ☑ No

        2. Name of the first defendant: D.A. April Romero · District Attorney

           The first defendant's address: 10th Judicial District D.A. Office 3855 N. Ocoee, ST ST FL3, Box 1351 Cleveland TN 37364

           Named in official capacity? ☑ Yes ☐ No
           Named in individual capacity? ☐ Yes ☐ No

**If there are more than two defendants against whom you are bringing this lawsuit, you must list on a separate sheet of paper the name of each additional defendant, their place of employment, their address, and the capacity in which you are suing them. If you do not provide the names of such additional defendants, they will not be included in your lawsuit. If you do not provide their proper name, place of employment, and address, the Clerk will be unable to serve them should process issue.**

IV. STATEMENT OF FACTS

State the relevant facts of your case as briefly as possible. Include the dates when the incidents or events occurred, where they occurred, and how each defendant was involved. Be sure to include the names of other persons involved and the dates and places of their involvement.

If you set forth more than one claim, number each claim separately and set forth each claim in a separate paragraph. Attach additional sheets, if necessary. Use 8½ in. x 11 in. paper. Write on one side only, and leave a 1 in. margin on all four sides.

ARTICLE I SECTION 8 of the TENNESSEE Constitution Provides for FAIR AND Impartial proceedings Relevant To Punishment IN CRIMINAL Proceedings. STATE V. FERGUSON 2W 3d 912, 915 TENN 1999,

* See, ATTACHMENT
The CRIMINAL BACKGROUND USED AGAINST ME 10/31/22 is NOT MY CRIMINAL BACKGROUND AND is the purpose of this Lawsuit

STEMMING FROM CASE 21 CR 372
This Action is Brought in Good Faith
Compare Exhibit A which is my Actual Background with Exhibit B, The Background Used Against Me.

FED Rules of EVIDENCE 403, 404(b) CRIMINAL LAW 110
The STATE MUST DETERMINE Whether there is Sufficient Evidence That PRIOR ACT OCCURRED.

V. RELIEF REQUESTED: Specify what relief you are requesting against each defendant.

A. Actual Monetary Damages $~~250,000~~⁰⁰ in excess of $250,000⁰⁰
B. Compensatory Damages in excess of 250,000⁰⁰
C. Punitive Damages in excess of 250,000⁰⁰
D. _____
E. _____
F. I request a jury trial.   ☐ Yes   ☑ No

VI. CERTIFICATION

I (we) certify under the penalty of perjury that the foregoing complaint is true to the best of my (our) knowledge and belief.

Signature: _Greg Jenkins_   Date: _____
Prison Id. No. 627290

5

Article I Section 8 of the Tennessee Constitution provides protections of Fair and Impartial proceedings Relevant to Punishment in Criminal Proceedings - State v. Ferguson 2W 3d, 912 915 Tenn 1999

This Action is in Good Faith -

Notice of Intent to Sue Sent to Bradley County District Attorney's Office 12/12/22.

Bradley County District Attorneys Office under Steven Crump by way of April Romero Ran my name through NCIC and came up with a Criminal Background out of Essex County, New Jersey and used said background against me in a Criminal Court of Law, to make me a Range II Offender.

I'm currently in Prison, Serving A Prison Sentence Based in Part, on a Criminal Background that is entirely not my Criminal Background.

Pursuant to 28 U.S.C. 1746 I declare under penalty of perjury that the forgoing is true and correct

Signed this 23rd day of January 2023

*Eric Jenkins*

Address: P.O. Box 1150  Henning  TN  38041

(Include the city, state, and zip code.)

Signature: Eric Jenkins                    Date: _____

Prison Id. No. 627290

Address: P.O. Box 1150  Henning  TN  38041

(Include the city, state, and zip code.)

**ALL PLAINTIFFS MUST SIGN AND DATE THE COMPLAINT,** and provide the information listed above. If there are more than two plaintiffs, attach a separate sheet of paper with their signatures, dates, prison identification numbers, and addresses.

**ALL PLAINTIFFS MUST COMPLETE, SIGN, AND DATE SEPARATE APPLICATIONS TO PROCEED IN FORMA PAUPERIS,** if not paying the civil filing fee.

**SUBMIT THE COMPLAINT, THE REQUIRED FILING FEE, OR APPLICATION TO PROCEED *IN FORMA PAUPERIS* TOGETHER.** Complaints received without the required filing fee or application to proceed *in forma pauperis* will be returned. Filing fees, or applications to proceed *in forma pauperis*, received without a complaint will be returned.

**VERIFICATION**

I, ERIC T. JENKINS do hereby affirm, under penalty of perjury, that I have read the foregoing 1983 Complaint and know that the same is true and correct to the best of my knowledge, information and belief, and that the information is not made out of levity or by collusion with any individual, but in truth and sincerity, and for the purposes as contained herein.

Respectfully Submitted,

Eric Jenkins #627290

West Tennessee State Prison, Site II
P.O. Box 1150
Henning, Tn. 38041-1150

**NOTARY STAMP**

The undersigned, _____, who has personally appeared before me, in said State and County; I do hereby acknowledge that he executed the foregoing instrument as his free act and deed as for the purposes contained herein.

SWORN TO AND SUBSCRIBED BEFORE ME THIS:
_____ DAY OF _____ 202___.

_____
(NOTARY PUBLIC)
MY COMMISSION EXPIRES: _____

6

CERTIFICATE OF SERVICE

This is to certify that on this __23rd__ day of __January__ 202_3_ a true and exact copy of the foregoing Complaint pursuant to 42 U.S.C. 1983 has been mailed postage paid to the office of the Court Clerk and all interested parties: _Bradley County District Attorney Office - Stephen Crump_

Respectfully Submitted,

_[signature]_ #627290
#
W.T.S.P. / Site II
P.O. Box 1150
Henning, Tn. 38041-1150

**Public Defender**
  Donald Leon Shahan Jr.

**Assistant Public Defenders**
  Jeanne L. Wiggins
  Steve Morgan
  Larry Wright
  John P. Furtuno
  Tim Wilson
  Barrett Painter
  Keith Roberts
  Paul Rush
  Tammy Crayne
  Tyler Munger
  Abby Carroll

**Investigator**
  Ken Ritenour

**Administrative Assistants**
  Kristi Jones
  Tisha Myers
  Kati Brazier

# Office of the
# PUBLIC DEFENDER
## 10TH Judicial District
*Bradley, McMinn, Monroe, and Polk Counties*

Reply To:

† P.O. Box 1523
Cleveland, TN 37364-1523
(423) 478-0348
FAX (423) 478-0329

† P.O. Box 1115
Madisonville, TN 37354-1075
(423) 442-3162
FAX (423) 442-3586

January 19, 2023

ERIC TYRONE JENKINS
TOMIS: 627290
P.O. BOX 1150
HENNING, TN 38041

*Exhibit B*

**RE: NOTICE OF INTENT TO SEEK ENHANCED PUNISHMENT**

Good morning,

    I am in receipt of your letter and your request for specific documents in your case. Please find attached.

Sincerely,

Donald Leon Shahan Jr., Esq.
Attorney at Law BPR# 030820
10th Judicial District Public Defender's Office
85 Central Avenue North
Cleveland, TN 37311
(423) 478-0348

| STATE OF TENNESSEE, | ) |
|---|---|
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 21-CR-372 |
| | ) 22-CR-030A |
| ERIC TYRONE JENKINS, | ) |
| Defendant. | ) |

## NOTICE OF INTENT TO SEEK ENHANCED PUNISHMENT
## AND/OR
## NOTICE OF IMPEACHING CONVICTIONS

Comes now the State of Tennessee, by and through the Office of Stephen D. Crump, District Attorney General, and would put the defendant on notice that, pursuant to the sentencing guidelines of T.C.A. §40-35-101 et. al., that if the defendant is found guilty, the State will seek to enhance the Defendant's sentence with the following listed convictions:

A. The defendant is a:

( ) Standard Offender (Range I);  ( ) Career Offender;

( ) Multiple Offender (Range II);  ( ) Repeat Violent Offender;

(X) Persistent Offender (Range III);  ( ) Habitual Drug Offender.

Based on the following convictions:

| Date of Offense | Offense (conviction date) | Jurisdiction |
|---|---|---|
| 06/18/1986 | **Possession, cocaine - Felony** Possession, MJ (08/26/1987) | Essex County Superior Court, NJ |
| 11/12/1986 | Shoplifting (6/18/1987) | Municipal Court West Orange, NJ |

1

| 06/14/2014 | Petit Larceny (06/15/2014) | New York County Criminal Court, NY |
|---|---|---|
| 07/31/1990 | **Possession Stolen Vehicle – Felony** (1/10/1992) | Essex County Superior Court, NJ |
| 10/25/1990 | Shoplifting (10/29/1990) | Municipal Court South Orange, Essex County, NJ |
| 6/20/1991 | Shoplifting (6/24/1991) | Municipal Court Cranford, Union County, NJ |
| 07/16/1991 | **Felony Cocaine – Conspiracy** (09/26/1991) | Essex County Superior Court, NJ |
| 08/12/1991 | Shoplifting (08/13/1991) | Municipal Court East Orange, Essex County, NJ |
| 01/10/1992 | Receipt of Stolen Property (01/10/1992) | Essex County Superior Court, NJ |
| 03/22/1993 | Shoplifting Poss. w/Intent to use Drugs (03/23/1993) | Municipal Court East Orange, NJ |
| 07/20/1994 | Shoplifting (07/20/1994) | Township Municipal Court, Union County, NJ |
| 10/25/1994 | Shoplifting (07/19/2005) | Municipal Court West Patterson, NJ |
| 10/09/1996 | Shoplifting (12/23/1996) | Municipal Court East Orange, NJ |
| 12/20/1996 | Shoplifting (12/23/1996) | Municipal Court East Orange, NJ |
| 9/24/2002 | Theft by Taking (10/14/2002) | Lee County Probate Court, GA |
| 2/28/2002 | Shoplifting (9/12/2003) | Lee County, GA |
| 06/06/2007 | **Escape – Felony (06/26/2009)** | Gwinnett County Superior Court, GA |
| 08/22/2016 | Theft by Shoplifting (11/16/2016) | Tifton Municipal Court, GA |
| 10/26/2017 | DUI (01/24/2018) | Tifton Municipal Court, GA |
| 04/08/2019 | **Financial Transaction Card Fraud - Felony** **Financial Transaction Card Theft – Felony** (11/21/2019) | Tifton County Superior Court, GA |

B. Pursuant to Rule 609 of the Tennessee Rules of Evidence, the State gives notice that if the defendant testifies in this criminal prosecution he/she is hereby put on notice that the State will seek to impeach said defendant with the above listed convictions. In determining whether an impeaching conviction should be admitted, the

2

trial court "should first analyze the relevance the impeaching conviction has to the issue of credibility." *State v. Mixon*, 983 S.W.2d 661, 674 (Tenn. 1999). If the conviction is probative of credibility, the trial court should then "assess the similarity between the crime on trial and the crime underlying the impeaching conviction." Neil P. Cohen et al., Tennessee Law of Evidence § 6.09[10][c] (5th ed. 2005). "When an impeaching conviction is substantially similar to the crime for which the defendant is being tried, there is a danger that jurors will erroneously utilize the impeaching conviction as propensity evidence of guilt and conclude that since the defendant committed a similar offense, he or she is probably guilty of the offense charged." Mixon, 983 S.W.2d at 674. However, the "similarity between the impeaching conviction and the one at issue in the trial is insufficient in itself to render the impeaching one inadmissible under Rule 609." Cohen, *supra* § 6.09[10][c]. "The mere fact a prior conviction of the accused is identical or similar in nature to the offense for which the accused is being tried does not, as a matter of law, bar the use of the conviction to impeach the accused as a witness." *State v. Baker*, 956 S.W.2d 8, 15 (Tenn. Crim. App. 1997). *See also State v. Addison*, 973 S.W.2d 260, 268 (Tenn. Crim. App. 1997) (stating that misdemeanor theft was a crime of dishonesty). The appellate courts have repeatedly found no error when a defendant is impeached using prior convictions for crimes of dishonesty when they are on trial for crimes of dishonesty. *See Baker*, 956 S.W.2d at 15 (concluding that the trial court did not err in admitting six prior felony convictions of burglary and theft in the defendant's trial for aggravated rape and aggravated burglary); *State v. Blevins*, 968 S.W.2d 888, 893 (Tenn. Crim. App. 1997) (concluding that the trial court did not err in admitting prior convictions of burglary, robbery, and larceny in the defendant's trial for burglary of an

automobile and vandalism); *State v. Boyd*, 2011 Tenn. Crim. App. LEXIS 499, *12 (Tenn. Crim. App. 2011) (court finds no error when trial court admitted prior convictions for robbery and theft when the defendant was again charged with robbery).

WHEREFORE, premise considered, the State prays the court permit the state to introduce evidence of the defendant's prior record as impeachment evidence at trial and for the purposes of sentencing enhancement.

Respectfully Submitted,

STEPHEN D. CRUMP
District Attorney General
10th Judicial District of Tennessee

By: _____
APRIL D. ROMEO (BPR# 030966)
Assistant District Attorney General
3855 N Ocoee Street, #2
Cleveland, TN 37311
Phone: (423) 405-7535
Fax: (423) 479-4434
Email: adromeo@tndagc.org

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Motion has been served upon all parties of interest to this action by:

_____ Hand delivery;
_____ United States Mail with sufficient postage;
__✓__ Electronic Mail; or + USPS 1st Class
_____ Facsimile with subsequent mailing.

This the 12th day of January, 2023.

_____
Office of the District Attorney General

4

# Prior Record

Links ▾  Suspend ☐   TOMIS ID  **00627290**  Jenkins, Eric     Status  ACTV   Location  WTSP

Reset key fields

Refresh

Exhibit A

Enter

| Offense Date | Seq. # | Charge Offense | Disposition Date | Disposition | Crm Typ |
|---|---|---|---|---|---|
| 03/01/2022 | 1 | 4723 CRIMINAL SIMULATION | 10/31/2022 | CONVICTED | F |
| 03/01/2022 | 2 | 4723 CRIMINAL SIMULATION | 10/31/2022 | CONVICTED | M |
| 03/01/2022 | 3 | 4125 THEFT OF PROPERTY - $2 | 10/31/2022 | CONVICTED | F |
| 02/09/2022 | 1 | 9294 DISORDERLY CONDUCT | 02/18/2022 | CONVICTED | M |
| 10/28/2021 | 1 | 9009 THEFT (UP TO $500) | 10/28/2021 | CONVICTED | M |
| 07/13/2018 | 1 | 2201 BURGLARY - 1ST DEGREE | 03/29/2019 | CONVICTED | F |
| 07/21/2016 | 1 | 2201 BURGLARY - 1ST DEGREE | 04/10/2017 | CONVICTED | F |
| 09/19/2012 | 1 | 4420 BURGLARY-OTHER THAN HA | 09/19/2012 | CONVICTED | F |
| 04/08/2011 | 1 | 9009 THEFT (UP TO $500) | 04/08/2011 | CONVICTED | M |

Search

FastPath
[  ]  Go

Top Of List

# Prior Record

  

Links▼   Suspend ☐

TOMIS ID   00627290   Jenkins, Eric                    Status  ACTV   Location  WTSP

Reset key fields

Refresh

Enter

First

| Offense Date | Seq. # | Charge Offense | Disposition Date | Disposition | Crm Typ |
|---|---|---|---|---|---|
| 12/16/2010 | 1 | 9283 CRIMINAL TRESPASS | 12/16/2010 | CONVICTED | M |
| 12/16/2010 | 2 | 9009 THEFT (UP TO $500) | 12/16/2010 | CONVICTED | M |
| 05/11/2007 | 1 | 4420 BURGLARY-OTHER THAN HA | 05/11/2007 | CONVICTED | F |
| 11/06/2002 | 1 | 4420 BURGLARY-OTHER THAN HA | 11/06/2002 | CONVICTED | F |
| 02/20/2001 | 1 | 4420 BURGLARY-OTHER THAN HA | 02/20/2001 | CONVICTED | F |
| 02/20/2001 | 2 | 7620 DRUGS: MFG,SALE,POSS | 02/20/2001 | CONVICTED | F |
| 05/20/1999 | 1 | 4122 THEFT OF PROPERTY - $1 | 05/20/1999 | CONVICTED | F |
| 10/08/1996 | 1 | 7620 DRUGS: MFG,SALE,POSS | 10/08/1996 | CONVICTED | F |
| 03/20/1995 | 1 | 4126 THEFT OF PROPERTY - $1 | 03/20/1995 | CONVICTED | F |

Search  [        ]

FastPath
[      ] Go

# Prior Record

  

Links  Suspend ☐      TOMIS ID  00627290  Jenkins, Eric                      Status ACTV   Location WTSP

Reset key fields

Refresh

| Offense Date | Seq. # | Charge Offense | Disposition Date | Disposition | Crm Typ |
|---|---|---|---|---|---|
| 12/20/1993 | 1 | 4126 THEFT OF PROPERTY - $1 | 12/20/1993 | CONVICTED | F |
| 06/24/1993 | 1 | 9009 THEFT (UP TO $500) | 06/24/1993 | CONVICTED | M |
| 05/06/1993 | 1 | 2408 POSSESSION OF STOLEN V | 05/06/1993 | CONVICTED | F |
| 06/03/1992 | 1 | 9126 THEFT OF PROP. SHOPLIF | 06/03/1992 | CONVICTED | M |
| 05/19/1992 | 1 | 9009 THEFT (UP TO $500) | 05/19/1992 | CONVICTED | M |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Enter

First

Search  [        ]

FastPath
[        ] Go

**Bottom Of List**