UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| ERIC JENKINS, | ) | |
|---|---|---|
| *Plaintiff*, | ) | |
| | ) | Case No. 3:23-cv-34 |
| v. | ) | |
| | ) | Judge Atchley |
| BRADLEY COUNTY DISTRICT ATTORNEY, *et al.*, | ) | Magistrate Judge McCook |
| | ) | |
| *Defendants*. | ) | |

## JUDGMENT

The Honorable Charles E. Atchley, Jr., United States District Judge, having adopted the Report and Recommendation of United States Magistrate Judge Jill E. McCook [Doc. 6], recommending this case be dismissed pursuant to 28 U.S.C. § 1915(e),

It is hereby **ORDERED AND ADJUDGED** that this action be, and hereby is, **DISMISSED WITHOUT PREJUDICE**.

/s/ *LeAnna R. Wilson*
LeAnna R. Wilson
CLERK OF COURT